UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 11-80521-CIV-MIDDLEBROOKS/JOHNSON

SIPCO, LLC,

                        Plaintiff,

      vs.

ADT SECURITY SERVICES, INC.,

                        Defendant.

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff SIPCO, LLC ("SIPCO") and Defendant ADT Security Services, Inc. ("ADT") and, pursuant to Federal Rule of Civil Procedure 41(a), hereby jointly stipulate to the dismissal with prejudice of all claims asserted by and between SIPCO and ADT in this litigation. Each party will bear its own costs and attorneys' fees.

Respectfully submitted, this 14th day of December, 2011.

**SHUTTS & BOWEN LLP**
200 East Broward Blvd.
Fort Lauderdale, FL  33301
Telephone:  954-847-3811
Facsimile:  954-527-7932

By: s/ Stephen B. Gillman
      Stephen B. Gillman
      Florida Bar No.:  196734
      *Email address:  sgillman@shutts.com*
      Joseph R. Englander
      Florida Bar No.:  935565
      *Email address:  jenglander@shutts.com*

James C. Yoon
Ryan R. Smith
Alyssa N. Knutson
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
650/493-6811 (fax)
*Email address:  jyoon@wsgr.com*
*Email address:  rsmith@wsgr.com*
*Email address: aknutson@wsgr.com*

***Counsel for Defendant ADT Security Services, Inc.***

**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)

By: s/David J. George
      David J. George
      Florida Bar No. 0898570
      *Email address: dgeorge@rgrdlaw.com*
      Robert J. Robbins
      Florida Bar No. 0572233
      *Email address:  rrobbins@rgrdlaw.com*

John C. Herman
Ryan K. Walsh
Jessica K. Kattula
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
*Email address: jeherman@rgrdlaw.com*
*Email address:  rwalsh@rgrdlaw.com*
*Email address:  jkattula@rgrdlaw.com*

Regis C. Worley, Jr.
Cody R. LeJeune
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619-231-1058
619/231-7423 (fax)
*Email address:  rworley@rgrdlaw.com*
*Email address:  clejeune@rgrdlaw.com*

***Counsel for Plaintiff SIPCO, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


/s/ David George

**SERVICE LIST**
**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**SIPCO, LLC v. ADT SECURITY SERVICES, INC.**
**Case No. 11-80521-CIV-MIDDLEBROOKS/JOHNSON**

*Counsel for Plaintiff*

David J. George, Esq.
Robert J. Robbins, Esq.
**ROBBINS GELLER RUDMAN**
  **& DOWD, LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
*Email address:  dgeorge@rgrdlaw.com*
*Email address:  rrobbins@rgrdlaw.com*

John C. Herman, Esq.
Ryan K. Walsh, Esq.
Jessica K. Kattula, Esq.
**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
*Email address:  jeherman@rgrdlaw.com*
*Email address:  rwalsh@rgrdlaw.com*
*Email address:  jkattula@rgrdlaw.com*

Regis C. Worley, Jr., Esq.
Cody R. LeJeune, Esq.
**ROBBINS GELLER RUDMAN**
  **& DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
*Email address:  rworley@rgrdlaw.com*
*Email address:  clejeune@rgrdlaw.com*

*Counsel for Defendant*

Stephen B. Gillman, Esq.
Joseph R. Englander, Esq.
**SHUTTS & BOWEN LLP**
200 East Broward Blvd.
Fort Lauderdale, FL  33301
Telephone:  954-847-3811
Facsimile:  954-527-7932
*Email address:  sgillman@shutts.com*
*Email address:  jenglander@shutts.com*

James C. Yoon, Esq.
Ryan R. Smith, Esq.
Alyssa N. Knutson, Esq.
**WILSON SONSINI GOODRICH &**
**ROSATI, P.C**.
950 Page Mill Road
Palo Alto, CA  94304
Telephone:  650/493-9300
650/493-6811 (fax)
*Email address:  jyoon@wsgr.com*
*Email address: rsmith@wsgr.com*
*Email address: aknutson@wsgr.com*