UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80521-CIV-MIDDLEBROOKS/JOHNSON

SIPCO, LLC,

    Plaintiff,

v.

ADT SECURITY SERVICES, INC.,

    Defendant.
_____/

## ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court upon the parties' Stipulation of Dismissal with Prejudice (DE 109). Federal Rule of Civil Procedure 41(a) indicates that a plaintiff may voluntarily dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). The Stipulation is signed by both parties to this action, and clearly indicates that the dismissal is to be with prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs unless otherwise provided. All pending motions are **DENIED AS MOOT**[1] and the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 15 day of December, 2011.

DONALD M. MIDDLEBROOKS

Copies to:     Counsel of Record

---

[1] Specifically DE 64, 66, 69, 70, 73, 74, 75, 76, 80, 81, 82, 83, 84, 85, 86, 87, 88, 90, and 96. All documents filed under seal shall be returned to the respective parties.